UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PJC LOGISTICS, LLC,<br><br>  Defendant and Counterclaim-Plaintiff. | No. 11-cv-865 (DWF/SER) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

Dated:  October 6, 2011

| | |
|---|---|
| ALAN ANDERSON LAW FIRM LLC, | BARNES & THORNBURG LLP, |
| By: s/Alan M. Anderson<br>    Alan M. Anderson (#149500)<br>    Suite 1260 The Colonnade<br>    5500 Wayzata Boulevard<br>    Minneapolis, MN 55416<br>    aanderson@anderson-lawfirm.com<br>    (612) 756-7000 | By: s/Douglas J. Williams<br>    Douglas J. Williams (#117353)<br>    Felicia J. Boyd (#186168)<br>    Niall A. MacLeod (#269281)<br>    Aaron A. Myers (#311959)<br>    225 South Sixth Street, Suite 2800<br>    Minneapolis, MN 55402-4661<br>    doug.williams@btlaw.com<br>    felicia.boyd@btlaw.com<br>    niall.macleod@btlaw.com<br>    aaron.myers@btlaw.com<br>    (612) 333-2111 |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Steven R. Daniels<br>FARNEY DANIELS LLP<br>800 South Austin Avenue, Suite 200<br>Georgetown, TX 78626-5845<br>sdaniels@farneydaniels.com<br>(512) 582-2828<br><br>R. Mark Dietz<br>DIETZ & JARRARD, P.C.<br>106 Fannin Avenue East<br>Round Rock, TX 78664-5219<br>rmdietz@lawdietz.com<br>(512) 244-9314<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff PJC Logistics, LLC* | Evan R. Chesler<br>Keith R. Hummel<br>James E. Canning<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>echesler@cravath.com<br>khummel@cravath.com<br>jcanning@cravath.com<br>(212) 474-1000<br><br><br><br>*Attorneys for Plaintiff and Counterclaim-Defendant Qualcomm Incorporated* |

[[NYLIT:2582976v1:4152W:09/22/11--01:08 p]]